## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| MIKE YELLEN | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00390 LEK-WRP |
| V. | |
| GOVERNOR JOSH GREEN; MITCH ROTH; SERGEANT RAMOS; HAWAII POLICE DEPARTMENT; JANE/JOHN DOES 1-20; COUNTY OF HAWAII | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Nov 13, 2024, 1:07 pm Lucy H. Carrillo, Clerk of Court |
| Defendants. | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Granting the County Defendants' and State Defendants' Motion to Dismiss", ECF No. 65, filed July 31, 2024, the "Order Denying Plaintiff's Motion to File Third Amended Civil Rights Complaint With Jury Demand", ECF No. 74, filed October 28, 2024 and the"EO: Court Order: Denying Plaintiff's "Motion for Reconsideration of Its Order Granting Defendant's [sic] Motion to Dismiss," [Filed 8/19/24 (Dkt. No. 71)]; and Directing the Clerk's Office to Close the Case on November 13, 2024", ECF No. 75, filed on October 31, 2024.

| | |
|---|---|
| November 13, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |